## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2398              Assigned/Issued By: j. n.

Judge Name: hibbler              Designated Magistrate Judge: mason

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350              Receipt #: 2729239

Date Payment Rec'd: 4-28-08         Fiscal Clerk: j. n.

---

### ISSUANCES

☑ Summons                             ☐ Alias Summons
☐ Third Party Summons                 ☐ Lis Pendens
☐ Non Wage Garnishment Summons        ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons  _____
☐ Citation to Discover Assets         *(Victim, Against and $ Amount)*
☐ Writ _____                     ☐ Other _____
   *(Type of Writ)*                      *(Type of issuance)*

1   Original and 0   copies on  4-28-08   as to  defendant
                                *(Date)*