| | | |
|---|---|---|
| ClientCaseID: N7657 DPL<br>Law Firm ID: WHITFIEL |  | CaseReturnDate: 6/20/08<br>Affidavit of SPECIAL PROCESS SERVER |

# UNITED STATES DISTRICT COURT

Case Number 08CV2398

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  Brewer Concrete Construction, Inc.
PERSON SERVED  **KAREN JOSEPH (ADMINISTRATIVE ASSISTANT)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 5/27/08

MS. JOSEPH SIGNED WORK ORDER, RELATED THAT SHE WAS AUTHORIZED TO RECEIVE DOCUMENTS.

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

Sex FEMALE   Race OTHER   Age 30s
Height 5'6"   Build AVERAGE   Hair BROWN

LOCATION OF SERVICE   **3432 S. Normal Ave.**
**Chicago, IL, 60616**

Date Of Service   5/27/08   Time of Service   1:30 PM

LARUE BEY       5/27/2008
SPECIAL PROCESS SERVER
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.