IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) | CASE NO. 08-CV-2398 |
| | ) | JUDGE HIBBLER |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BREWER CONCRETE CONSTRUCTION, INC. | ) ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead.  Further, in support of this Motion the Plaintiffs state:

1.      Plaintiffs filed their complaint on April 28, 2008 and the summons and complaint was served on Karen Joseph, Administrative Assistant, on May 27, 2008 by the Process Server. **(Exhibit A, Affidavit of Service)**

2.      The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.      At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds.  Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4.      The Defendant failed to remit reports and contributions for the period March 2008 through May 2008. Based on the company's previously contribution history, the Trust Funds estimate that the company owes an amount of $14,737.53.  (**Exhibit B, Affidavit of James**

**Rosemeyer)**

6.    The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $1,835.18 for the period July 2007 through May 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii).  **(Exhibit B)**

7.    The Defendant owes the sum of $2,030.00 for necessary and reasonable attorney fees and costs of $460.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  **(Exhibit C, Affidavit of David P. Lichtman)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of **$19,062.71** and that, within ten days, the Defendant be ordered to produce reports and contributions for the period Marcy 2008 through May 2008.

Respectively submitted,

/s/ David P. Lichtman
Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

ClientCaseID:   N7657 DPL
Law Firm ID:   WHITFIEL



*186557A*

CaseReturnDate:   6/20/08

Affidavit of  SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number 08CV2398

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY  #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  Brewer Concrete Construction, Inc.
PERSON SERVED  KAREN JOSEPH (ADMINISTRATIVE ASSISTANT)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 5/27/08

MS. JOSEPH SIGNED WORK ORDER, RELATED THAT SHE WAS AUTHORIZED TO RECEIVE DOCUMENTS.

That the sex, race and approximate age of the person whom I left the      SUMMONS AND COMPLAINT
are as follow:

| Sex | FEMALE | Race | OTHER | Age | 30s | | |
|-----|--------|------|-------|-----|-----|-----|-----|
| Height | 5'6" | | Build | AVERAGE | | Hair | BROWN |

LOCATION OF SERVICE   **3432  S. Normal Ave.**
**Chicago, IL, 60616**

Date Of Service    5/27/08                Time of Service    1:30 PM

LARUE BEY                                                    5/27/2008
**SPECIAL PROCESS SERVER**
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | |
| | ) | CASE NO. 08-CV-2398 |
| Plaintiffs, | ) | |
| v. | ) ) | JUDGE HIBBLER |
| | ) | |
| BREWER CONCRETE CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JAMES ROSEMEYER**

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1.    I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.    The Defendant executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.    Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.      Pursuant to the provisions of the Collective Bargaining Agreements and Trust

Agreements, the Defendant is required to submit monthly reports, which list the number of hours

worked by its carpenter employees, and the Defendant is required to pay contributions based

upon the hours listed.

5.      The Defendant failed to remit reports and contributions for the period March 2008

through May 2008.  Based on the company's previous contribution history, we have estimated

that the company owes $14,737.53 in ERISA contributions.

6.      Because of its failure to pay contributions in a timely manner, the Trust

Agreement and Collective Bargaining Agreement mandate the assessment of liquidated

damages. The liquidated damages calculation was based on the rate set forth in the controlling

Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages

owed is $1,835.18 for the period July 2007 through May 2008.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in this Declaration is true and correct.

Date: 6 · 18 · 08

James Rosemeyer, Contributions Manager

6/18/08

# CONTRIBUTION ESTIMATE

Brewer Concrete Construction, Inc.                    Account # 24346
3432 S Normal Ave.
Chicago, Il. 60616

Entire History of contributions submitted
 2/2008:    $ 3,935.25
 1/2008:    $ 4,900.50
12/2007:    $ 4,669.50
11/2007:    $ 7,515.75
10/2007:    $ 5,214.00
 9/2007:    $ 5,123.23
 8/2007:    $ 5,152.10
 7/2007:    $ 2,854.50
 6/2007:    $ 3,423.73
 5/2007:    $ 6,336.50

    total: $ 49,125.06          Divided by 10 = $ 4,912.51

| Delinquent reports | Estimate | Liquidated Damages |
|---|---|---|
| 7/2007 | | $ 48.03 |
| 8/2007 | | $ 168.37 |
| 9/2007 | | $ 167.44 |
| 10/2007 | | $ 169.10 |
| 11/2007 | | $ 352.39 |
| 12/2007 | | $ 145.95 |
| 1/2008 | | $ 219.72 |
| 2/2008 | | $ 117.63 |
| 3/2008 | $ 4,912.51 | $ 224.50 |
| 4/2008 | $ 4,912.51 | $ 148.36 |
| 5/2008 | $ 4,912.51 | $ 73.69 |
| Totals: | $ 14,737.53 | $ 1,835.18 |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )    CASE NO. 08-CV-2398
APPRENTICE & TRAINEE PROGRAM FUND )
)    JUDGE HIBBLER
Plaintiffs, )
)
v. )
)
BREWER CONCRETE CONSTRUCTION, INC. )
)
Defendant. )

## DECLARATION OF DAVID P. LICHTMAN

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury

that the following is true and correct:

1.     I am an associate in the law firm of Whitfield McGann & Ketterman and one of

the attorneys for Plaintiffs in the above captioned matter.  I am licensed to practice law in the

State of Illinois and for the United States District Court for the Northern District of Illinois. I

make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.     I have personal knowledge of the facts stated herein and am competent to give

testimony as recited herein and from my own personal knowledge.

3.     The Collective Bargaining Agreement and the Trust Agreements under which this

action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and

costs incurred for failure of a signatory contractor to pay contributions in accordance with those

Agreements.

4.      I, David P. Lichtman, have devoted 11.6 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $2,030.00.

5.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $110.00. These costs total $460.00.

6.      I certify that the attached detailed attorney fees and costs totaling $2,490.00 were necessary and reasonable.

7.      Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Scott David Brewer, Registered Agent for Brewer Concrete Construction, Inc., at 3432 S. Normal Avenue, Chicago, IL 60616

Dated July 19, 2008

David P. Lichtman

Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

2

| 6/18/2008<br>2:48 PM | WHITFIELD, McGANN & KETTERMAN<br>Slip Listing | Page | 1 |

---

Selection Criteria

| Slip.Date | Earliest - 6/18/2008 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7657/24346 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 356682          TIME<br>4/24/2008<br>Billed          G:73386     5/1/2008<br>Prepared summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N7657/24346 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 356756          TIME<br>4/24/2008<br>Billed          G:73386     5/1/2008<br>Search Illinois Secretary of State database<br>for corporate information including registered<br>agent of the corporation for purposes of<br>service; search for related companies;<br>perform asset search of company and<br>principals. | ~~CPW~~<br>Lexis<br>CTF-C./N7657/24346 | ~~0.40~~<br>0.00<br>0.00<br>0.00 | ~~130.00~~<br>A@1 | ~~52.00~~ |
| 356678          TIME<br>4/24/2008<br>Billed          G:73386     5/1/2008<br>Review referral from Trust funds on<br>04/23/08; prepare file; review corporate<br>status and registered agent information for<br>legal process. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 357219          TIME<br>5/1/2008<br>Billed          G:73594     6/2/2008<br>Review complaint filed at the Federal Court;<br>enter pertinent information (e.g., filing date,<br>case number and assigned judge) into<br>database; review judge's standing order<br>regarding pre-trial litigation, motion practice<br>and status hearing dates; update file/databse<br>regarding same. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 357220          TIME<br>5/1/2008<br>Billed          G:73594     6/2/2008<br>Prepare correspondence to legal process<br>server Scott Forrest Stern & Associates, Inc. | DPL<br>Billable<br>CTF-C./N7657/24346 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

6/18/2008                    WHITFIELD, McGANN & KETTERMAN
2:48 PM                              Slip Listing                              Page        2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| regarding service of the summons and complaint on the defendant; prepare coorrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | | | |
| 357241          TIME<br>5/1/2008<br>Billed          G:73594          6/2/2008<br>Reviewed correspondence from Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds regarding January and February contributions from signatory; print and load information into database; file documents. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 357442          EXP<br>5/1/2008<br>Billed          G:73594          6/2/2008<br>FILING FEE (4/28/08) | CPW<br>$DC<br>CTF-C./N7657/24346 | 1 | 350.00 | 350.00 |
| 357384          TIME<br>5/6/2008<br>Billed          G:73594          6/2/2008<br>Telephone conversation with Trust Fund Manager James T. Rosemeyer regarding owed liquidated damages and interest. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 357399          TIME<br>5/6/2008<br>Billed          G:73594          6/2/2008<br>Telephone conversation with Karen, administrative assistant, regarding March payments.  Follow up with agreement to immediately pay March contributions in lieu of liquidated damanages. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 357420          TIME<br>5/7/2008<br>Billed          G:73594          6/2/2008<br>Telephone conversation w/ Trust Fund Manager James T. Rosemeyer regarding payment options. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 357423          TIME<br>5/7/2008<br>Billed          G:73594          6/2/2008<br>Review file for all entries for the attorney billings and costs incurred; compare with | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |

6/18/2008                          WHITFIELD, McGANN & KETTERMAN
2:48 PM                                    Slip Listing                                          Page        3

| Slip ID Dates and Time Posting Status Description | ATTORNEY Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| work performed on the file; advise signatory of attorney fees and costs. | | | | |
| 357677           TIME 5/12/2008 Billed          G:73594         6/2/2008 Telephone conversation with Karen from signatory's office regarding payment of past amounts owed.  Will receive confirmation from signatory's President on 13th. | DPL Billable CTF-C./N7657/24346 | 0.10 0.00 0.00 0.00 | 175.00 T@7 | 17.50 |
| 357865           TIME 5/15/2008 Billed          G:73594         6/2/2008 Draft correspondence to Trust Fund Manager James T. Rosemeyer and Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds regarding current status. | DPL Billable CTF-C./N7657/24346 | 0.50 0.00 0.00 0.00 | 175.00 T@7 | 87.50 |
| 357863           TIME 5/15/2008 Billed          G:73594         6/2/2008 Telephone conversation with signatory; supposedly unable to pay past Liquidated damages, attorney fees/ and costs, and March contributions; will report to Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds and Trust Fund Manager James T. Rosemeyer. | DPL Billable CTF-C./N7657/24346 | 0.20 0.00 0.00 0.00 | 175.00 T@7 | 35.00 |
| 358291           TIME 5/23/2008 Billed          G:73594         6/2/2008 Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds and Rich Oginski, Trust Fund Field Rep., requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | ~~DPL~~ Billable CTF-C./N7657/24346 | ~~0.50~~ 0.00 0.00 0.00 | 175.00 T@7 | ~~87.50~~ |
| 358293           TIME 5/23/2008 Billed          G:73594         6/2/2008 Telephone conversation with Legal process server Scott Forrest Stern & Associates, Inc. regarding service of process on signatory; | DPL Billable CTF-C./N7657/24346 | 0.20 0.00 0.00 0.00 | 175.00 T@7 | 35.00 |

6/18/2008
2:48 PM

WHITFIELD, McGANN & KETTERMAN
Slip Listing

Page        4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| attempts have been made with no success; will attempt to make service this weekend. | | | | |
| 358938        TIME<br>6/2/2008<br>WIP<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the proof of filing the summons returned as executed; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 358939        TIME<br>6/2/2008<br>WIP<br>Review Scott Forrest Stern & Associates, Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. District Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 358940        TIME<br>6/2/2008<br>WIP<br>Prepare correspondence to Trust Fund Manager James T. Rosemeyer and Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds regarding service of summons. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 359418        TIME<br>6/10/2008<br>WIP<br>Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 359419        TIME<br>6/10/2008<br>WIP<br>Telephone conversation with Trust Fund Manager James T. Rosemeyer regarding FCL liability. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |

6/18/2008                     WHITFIELD, McGANN & KETTERMAN
2:48 PM                                  Slip Listing                                      Page          5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 359737          TIME<br>6/16/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager<br>James T. Rosemeyer in support of the Trust<br>Funds' motion for default judgment; affidavit<br>to support claim for ERISA fringe benefit<br>contributions, and calculation of liquidated<br>damages and interest pursuant to the terms<br>of the trust agreements and Internal<br>Revenue Code; prepare correspondence to<br>Rosemeyer regarding the affidavit and<br>request for execution. | DPL<br>Billable<br>CTF-C./N7657/24346 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 359893          TIME<br>6/18/2008<br>WIP<br>Review court file to determine if Answer filed;<br>review office file for Answer; confirm Answer<br>due dates; review U.S. District Court web<br>site to verify the date and time that the<br>presiding Judge hears motions; prepare<br>motion for default judgment pursuant to F.<br>Rul. Civ. P. 55 for failure to answer or<br>otherwise plead. | DPL<br>Billable<br>CTF-C./N7657/24346 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 359894          TIME<br>6/18/2008<br>WIP<br>Prepare a proposed judgment in support of<br>the Trust Funds motion; calculate all<br>amounts owed. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 359895          TIME<br>6/18/2008<br>WIP<br>Review file for all entries for the attorney<br>billings and costs incurred; compare with<br>work performed on the file; prepare attorney<br>fee declaration / affidavit and exhibits;<br>incorporate amounts into themotion and<br>judgment order; prepare the document for<br>electronic filing. | DPL<br>Billable<br>CTF-C./N7657/24346 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

Grand Total

| | | | |
|---|---|---|---|
| Billable | 12.50 | | 2519.50 |
| Unbillable | 0.00 | | 0.00 |
| Total | 12.50 | | 2519.50 |

11.6  @ 175.00 = 2,030.00
fily fee   350.00
svc.   110.00

DPL          Total = $2490

Case 1:08-cv-02398     Document 8-4     Filed 06/19/2008     Page 9 of 9

**STERN PROCESS & INVESTIGATION, LLC**
205 W. RANDOLPH ST 730
CHICAGO, IL, 60606

TaxId:04-3801615

Phone:(312) 853 - 2150    Fax:(312) 853 - 3119

**WHITFIELD, MCGANN & KETTERMAN**
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601

Phone    (312)-251-9700        Fax    (312)-251-9701

Plaintiff: Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.

| Client Case# | N7657 | Court Case# | 08CV2398 |
|---|---|---|---|
| | DPL | | |

County: UNITED STATES DISTRICT COURT

---

**Invoice#    186557**

**Defendant 1:** Brewer Concrete Construction, Inc.

**Defendant 2:**

**Server Name:** LARUE BEY
CORPORATE SERVICE

KAREN JOSEPH (ADMINISTRATIVE ASSISTANT)

**Date of Service:** 5/27/2008  **Service Time:** 1:30:00 PM  **Invoice Date:** 5/27/2008  **Final Invoice Date:** 5/27/2008

**Location of Service** 3432 S. Normal Ave. , Chicago, IL, 60616

| Delivery Charge | Bad Address | Filing | Database Charge | Skip Trace | Rush | Investigation | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |

**Case Return Date:** 6/20/2008    **Payment Date:** 6/16/2008    **Amount Received:** $55.00    **Check No:** 39128

---

**Invoice#    184803**

**Defendant 1:** Brewer Concrete Construction, Inc.

**Defendant 2:**

**Server Name:** LARUE BEY
NON-SERVICE

**Date of Service:** 5/7/2008  **Service Time:** 11:00:00 AM  **Invoice Date:** 5/9/2008  **Final Invoice Date:** 5/12/2008

**Location of Service** 3432 S. Normal Ave. , Chicago, IL, 60616

| Delivery Charge | Bad Address | Filing | Database Charge | Skip Trace | Rush | Investigation | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |

**Case Return Date:** 5/28/2008    **Payment Date:** 6/2/2008    **Amount Received:** $55.00    **Check No:** 39090

---

Grand Total:    $110.00
Amount Received:    $110.00
Balance Due:    $0.00