IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>     Plaintiffs,<br><br>v.<br><br>BREWER CONCRETE CONSTRUCTION, INC.<br><br>     Defendant. | )))))))))))))))) | CASE NO. 08-CV-2398<br><br>JUDGE HIBBLER |

### NOTICE OF MOTION

To: BREWER CONCRETE CONSTRUCTION, INC.
   c/o Scott David Brewer, Registered Agent
   3432 S. Normal Avenue
   Chicago, IL 60616

 PLEASE TAKE NOTICE that on **June 24, 2008** I shall appear before the Honorable Judge William A. Hibbler at approximately 9:30 a.m. in Courtroom 1225 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

              TRUSTEES of the CHICAGO REGIONAL COUNCIL
              OF CARPENTERS PENSION FUND, et al.

              /s/  David P. Lichtman

### CERTIFICATE OF SERVICE

 I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on June 24, 2008.

              /s/ David P. Lichtman

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
Attorney No. 6290051

Case 1:08-cv-02398     Document 9     Filed 06/19/2008     Page 2 of 2