Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2398 | **DATE** | 6/24/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHGO REG'L COUN., et al. vs. BREWER CONCRETE CONSTR. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant does not appear. Plaintiffs' motion for default judgment is granted. Enter Judgment Order in favor of plaintiffs and against defendant in the amount of $19,062.71. Defendant is further ordered to produce reports and contributions for the period of March 2008 through May 2008 by 7/9/08. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

Courtroom Deputy Initials: JHC

2008 JUN 25 PM 3:31
U.S. DISTRICT COURT
FILED