IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )   CASE NO. 08-CV-2398
APPRENTICE & TRAINEE PROGRAM FUND, )
                                   )   JUDGE HIBBLER
                Plaintiffs,        )
                                   )
v.                                 )
                                   )
BREWER CONCRETE CONSTRUCTION, INC. )
                                   )
                Defendant.         )

## JUDGMENT ORDER

The Plaintiffs filed their Complaint on April 28, 2008 and the Defendant was served with

copies of Summons and Complaint; and

The Defendant has failed to answer or otherwise plead; and

Upon application of the Plaintiffs for Default Judgment and for good cause shown, a

default is hereby entered against the Defendant in accordance with the prayer for relief in the

Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in

behalf of the Plaintiffs and against the Defendant, BREWER CONCRETE CONSTRUCTION,

INC., the sum of **$19,062.71** representing the following amounts:

a)  ERISA Contributions (03/2008 – 05/2008)          $ 14,737.53

b)  Liquidated Damages (07/2007 – 05/2008)          $ 1,835.18

c)  Attorney Fees and Costs          $ 2,490.00

**TOTAL**          **$ 19,062.71**

The Court will retain jurisdiction solely to enter judgment for the contributions shown to

be owed and statutory damages pursuant to ERISA Section 1132(g)(2).


ENTERED:


JUDGE WILLIAM J. HIBBLER
UNITED STATES DISTRICT JUDGE

DATED:    6/24/08