## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV2398  Assigned/Issued By: J. N.

Judge Name:  Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
  _____
  _____
  *(Victim, Against and $ Amount)*
✓ Citation to Discover Assets
☐ Writ _____   ☐ Other
  *(Type of Writ)*   _____
    _____
    *(Type of issuance)*

2 Original and 2 copies on 7-10-08 as to CHICAGO COMMUNITY
                              (Date)
BANK; BREWER CONCRETE CONSTRUCTION, INC.  (NO NOTICES FILED)