## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>    Judgment Creditor,<br><br>v.<br><br>BREWER CONCRETE CONSTRUCTION, INC.,<br>    Judgment Debtor,<br><br>CHICAGO COMMUNITY BANK,<br>    Citation Respondent. | CASE NO. 08-CV-2398<br><br>JUDGE HIBBLER |

### Motion for Turnover

  Plaintiffs by their attorney, David P. Lichtman, move this Court for an entry of Turnover Order and in support state:

  1)  A Judgment was entered against Brewer Concrete Construction, Inc. on June 24, 2008 in the amount of $ 19,062.71. **(Exhibit A)**

  2)  Plaintiffs issued and served a Citation to Discover Assets on Chicago Community Bank.

  3)  Allen C. Wesolowski, Attorney for Chicago Community Bank, wrote to Plaintiffs' attorney and informed him that Chicago Community Bank currently holds the full amount of the judgment for the benefit of Judgment Creditor formerly being held for Brewer Concrete Construction, Inc., the Judgment Debtor. **(Exhibit B)**

WHEREFORE, Plaintiffs pray that this Court order Chicago Community Bank to immediately pay over to the Plaintiffs the amount of $ 19,062.71 pursuant to this action.

                                    Respectively submitted,

                                    /s/ David P. Lichtman
                                    Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Plaintiffs, <br><br> v. <br><br> BREWER CONCRETE CONSTRUCTION, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 08-CV-2398 <br><br> JUDGE HIBBLER |

**JUDGMENT ORDER**

The Plaintiffs filed their Complaint on April 28, 2008 and the Defendant was served with copies of Summons and Complaint; and

The Defendant has failed to answer or otherwise plead; and

Upon application of the Plaintiffs for Default Judgment and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer for relief in the Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, BREWER CONCRETE CONSTRUCTION, INC., the sum of **$19,062.71** representing the following amounts:

|   |   |   |
|---|---|---|
| a) | ERISA Contributions (03/2008 – 05/2008) | $ 14,737.53 |
| b) | Liquidated Damages (07/2007 – 05/2008) | $ 1,835.18 |
| c) | Attorney Fees and Costs | $ 2,490.00 |
|   | **TOTAL** | $ 19,062.71 |

The Court will retain jurisdiction solely to enter judgment for the contributions shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).

ENTERED:

JUDGE WILLIAM J. HIBBLER
UNITED STATES DISTRICT JUDGE

DATED: 6/24/08

# EXHIBIT B

# Martin & Karcazes, Ltd.
ATTORNEYS AT LAW

161 North Clark Street
Suite 550
Chicago, Illinois 60601-3376
Telephone: (312) 332-4550
Telecopier: (312) 332-4905

Direct Dial:
(312) 422-1802
E-Mail: ACWesolowski@Martin-Karcazes.com

Donald Martin
George D. Karcazes
Allen C. Wesolowski
Nicholas Geroulis
James A. Hasier
Holly L. Carto
Lance Johnson
Miranda E. Byrd

July 15, 2008

David P. Lichtman
Whitfield McGann & Ketterman
111 E. Wacker Dr. – Suite 2600
Chicago, IL 60601

    Re:    Trustees of the Chicago Regional Council of Carpenters Pension Fund, etc. v.
            Brewer Concrete Construction, Inc. and Chicago Community Bank, Third
            Party Citation Respondent
            No. Dist., Ill. No. 08 CV 2398

Dear Mr. Lichtman:

I represent Chicago Community Bank. In response to the citation to discover assets (third party) served upon the bank, please be advised that the bank is holding the sum of $48,125.42 to be applied to the outstanding balance of your client's judgment.

Upon receipt of a Turnover Order and your Release (Satisfaction) of Judgment, the bank will issue its check for the appropriate amount.

Very truly yours,

Allen C. Wesolowski

Copy to: Chicago Community Bank
           Brewer Concrete Construction, Inc.