IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, )))))) | ) CASE NO. 08-CV-2398 |
| ) | ) JUDGE HIBBLER |
| Judgment Creditor, ) | ) |
| v. ) | ) |
| BREWER CONCRETE CONSTRUCTION, INC., ) Judgment Debtor, ) | ) |
| CHICAGO COMMUNITY BANK, ) Citation Respondent. ) | ) |

**NOTICE OF MOTION**

To:   BREWER CONCRETE CONSTRUCTION, INC.
      c/o Scott David Brewer, Registered Agent
      3432 S. Normal Avenue
      Chicago, IL 60616

PLEASE TAKE NOTICE that on **July 22, 2008** I shall appear before the Honorable Judge William A. Hibbler at approximately 9:30 a.m. in Courtroom 1225 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                              TRUSTEES of the CHICAGO REGIONAL COUNCIL
                              OF CARPENTERS PENSION FUND, et al.

                              /s/  David P. Lichtman

**CERTIFICATE OF SERVICE**

I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on July 16, 2008.

                              /s/ David P. Lichtman

Attorney for Plaintiffs (6290051)
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701