Order Form (01/2005)

# United States District Court, Northern District of Illinois 

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2398 | DATE | 7/22/2008 |
| CASE TITLE | TRUSTEES OF THE CHGO REG'L COUN., et al. Vs. BREWER CONCRETE CONSTR. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for turnover order is granted. Enter Order of Turnover and Dismissal of Citation. Chicago Community Bank is directed to turnover to plaintiffs' $19,062.71.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | JHC |
|---|---|---|