## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )       CASE NO. 08-CV-2398
APPRENTICE & TRAINEE PROGRAM FUND, )
)       JUDGE HIBBLER
        Judgment Creditor, )
)
v. )
)
BREWER CONCRETE CONSTRUCTION, INC., )
        Judgment Debtor, )
)
CHICAGO COMMUNITY BANK, )
        Citation Respondent. )

### ORDER OF TURNOVER AND DISMISSAL OF CITATION

THIS CAUSE coming on to be heard, pursuant to Plaintiffs' Motion for Turnover Order; due notice having been given, the Court being fully advised in the premises and having jurisdiction;

**IT IS HEREBY ORDERED:**

1.    That the Citation Respondent, Chicago Community Bank, is ordered to turn over funds of the Judgment Debtor, Brewer Concrete Construction, Inc., that it is currently holding pursuant to a served Citation in the amount of $ 19,062.71.

2.    That said funds shall be turned over to the Plaintiffs / Judgment Creditor through their attorneys to satisfy the judgment entered herein.

3.    That this citation is dismissed.

ENTERED:

Dated: 7/22/08        By: _William J. Hibbler_

                                  JUDGE WILLIAM J. HIBBLER
                                  UNITED STATES DISTRICT JUDGE