IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL | ) | |
| COUNCIL OF CARPENTERS PENSION FUND, | ) | |
| CHICAGO REGIONAL COUNCIL OF | ) | |
| CARPENTERS WELFARE FUND, and CHICAGO | ) | |
| REGIONAL COUNCIL OF CARPENTERS | ) | CASE NO. 08-CV-2398 |
| APPRENTICE & TRAINEE PROGRAM FUND, | ) | |
| | ) | JUDGE HIBBLER |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BREWER CONCRETE CONSTRUCTION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR SUPPLEMENTAL JUDGMENT**

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter

supplemental judgment according to Fed. R. Civ. P. 59.  In support of this Motion the Plaintiffs

state:

1.      A Judgment by Default was entered against Defendant BREWER CONCRETE

CONSTRUCTION, INC. on June 24, 2008 in the amount of $ 19,062.71. **(Exhibit A, Judgment**

**Order)**

2.      The judgment amount was based on estimates compiled by the Plaintiffs Trust

Funds for the period of March 2008 through May 2008.  In addition, the judgment included

amounts owed for liquidated damages, attorney fees and costs.  **(Exhibit B, Motion for Default**

**Judgment)**

3.      The Defendant was further ordered to produce outstanding reports and

corresponding contributions **(Exhibit C)**.

4.      The Defendant submitted the monthly contribution reports for March 2008 through June 2008 but failed to submit the ERISA contributions shown to be owed in the amount of $ 39,288.01 for the period of April 2008 through June 2008.  The Defendant also failed to remit the Union dues it withheld from the employees' wages.  The amount of dues withheld is $ 1,524.17 for the period of May 2008 through June 2008.  **(Exhibit D, Affidavit of James D. Rosemeyer)**

5.      The Defendant owes interest on the unpaid ERISA contributions in the amount of $ 227.14 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). **(Exhibit D)**

6.      The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $ 2,299.73 for the period March 2008 through June 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). **(Exhibit D)**

7.       The Defendant owes the sum of $ 5,775.00 for necessary and reasonable attorney fees and costs of $ 405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  **(Exhibit E Affidavit of David P. Lichtman).**

WHEREFORE, Plaintiffs pray that their motion for supplemental judgment be granted in the amount of $ 49,519.05.

Respectively submitted,

/s/ David P. Lichtman
Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )     CASE NO. 08-CV-2398
APPRENTICE & TRAINEE PROGRAM FUND, )
)                                    JUDGE HIBBLER
Plaintiffs,                        )
)
v.                                   )
)
BREWER CONCRETE CONSTRUCTION, INC.   )
)
Defendant.                         )

## JUDGMENT ORDER

The Plaintiffs filed their Complaint on April 28, 2008 and the Defendant was served with

copies of Summons and Complaint; and

The Defendant has failed to answer or otherwise plead; and

Upon application of the Plaintiffs for Default Judgment and for good cause shown, a

default is hereby entered against the Defendant in accordance with the prayer for relief in the

Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in

behalf of the Plaintiffs and against the Defendant, BREWER CONCRETE CONSTRUCTION,

INC., the sum of **$19,062.71** representing the following amounts:

a) ERISA Contributions (03/2008 – 05/2008)     $ 14,737.53

b) Liquidated Damages (07/2007 – 05/2008)     $ 1,835.18

c) Attorney Fees and Costs     $ 2,490.00

**TOTAL**     **$ 19,062.71**

The Court will retain jurisdiction solely to enter judgment for the contributions shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).


ENTERED:


JUDGE WILLIAM J. HIBBLER
UNITED STATES DISTRICT JUDGE

DATED: 6/24/08

2

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )          CASE NO. 08-CV-2398
APPRENTICE & TRAINEE PROGRAM FUND, )
                                         )          JUDGE HIBBLER
            Plaintiffs,                  )
                                         )
v.                                       )
                                         )
BREWER CONCRETE CONSTRUCTION, INC.       )
                                         )
            Defendant.                   )

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1.    Plaintiffs filed their complaint on April 28, 2008 and the summons and complaint was served on Karen Joseph, Administrative Assistant, on May 27, 2008 by the Process Server. **(Exhibit A, Affidavit of Service)**

2.    The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.    At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4.    The Defendant failed to remit reports and contributions for the period March 2008 through May 2008. Based on the company's previously contribution history, the Trust Funds estimate that the company owes an amount of $14,737.53.  **(Exhibit B, Affidavit of James**

Rosemeyer)

     6.     The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $1,835.18 for the period July 2007 through May 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii).  **(Exhibit B)**

     7.     The Defendant owes the sum of $2,030.00 for necessary and reasonable attorney fees and costs of $460.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  **(Exhibit C, Affidavit of David P. Lichtman)**

     WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of **$19,062.71** and that, within ten days, the Defendant be ordered to produce reports and contributions for the period Marcy 2008 through May 2008.

Respectively submitted,

/s/ David P. Lichtman<br/>Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT C

Order Form (01/2005)    Case 1:08-cv-02398    Document 10    Filed 06/24/2008    Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2398 | **DATE** | 6/24/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHGO REG'L COUN., et al. vs. BREWER CONCRETE CONSTR. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant does not appear. Plaintiffs' motion for default judgment is granted. Enter Judgment Order in favor of plaintiffs and against defendant in the amount of $19,062.71. Defendant is further ordered to produce reports and contributions for the period of March 2008 through May 2008 by 7/9/08. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:02

U.S. DISTRICT COURT
CLERK
2008 JUN 25 PM 3: 37
FILED-EOD

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | CASE NO. 08-CV-2398 |
| v. | ) ) ) | JUDGE HIBBLER |
| BREWER CONCRETE CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

**DECLARATION OF JAMES ROSEMEYER**

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury

that the following is true and correct:

1.      I am the Manager of the Employer Contributions Department for the Chicago

Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters

Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make

this Declaration on behalf of the Trust Funds.

2.      The Defendant executed an Agreement with the Chicago Regional Council of

Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining

Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.      Pursuant to the provisions of the Agreement and the Collective Bargaining

Agreements, the Defendant agreed to be bound by the provisions of the Agreements and

Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.    Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5.    The Defendant submitted the contribution reports for the period March 2008 through June 2008 but did not pay the total contributions. The reports show that $ 39,288.01 is owed in ERISA contributions for the period April 2008 through June 2008. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $ 1,524.17 for the period May 2008 through June 2008.

6.    Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $ 2,299.73 for the period of March 2008 through June 2008.

7.    The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $ 227.14 for the period April 2008 through June 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: 7/31/08

James Rosemeyer, Contributions Manager

7/31/2008

Brewer Concrete Construction
3432 S Normal Ave
Chicago, Il. 60616

Account # 24346

| Contributions | | Liquidated Damages | Dues | Interest |
|---|---|---|---|---|
| Mar-08 | | $443.54 | | |
| Apr-08 | $14,266.75 | $1,243.97 | | $148.77 |
| May-08 | $15,559.50 | $470.29 | $988.66 | $74.49 |
| Jun-08 | $9,461.76 | $141.93 | $535.51 | $3.88 |
| totals: | $39,288.01 | $2,299.73 | $1,524.17 | $227.14 |

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) | |
| | ) | CASE NO. 08-CV-2398 |
| Plaintiffs, | ) ) | JUDGE HIBBLER |
| | ) | |
| v. | ) ) | |
| | ) | |
| BREWER CONCRETE CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1.     I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter.  I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.     I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3.     The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.    I, David P. Lichtman, have devoted 33.00 hours in connection with the above-captioned case at the rate of $ 175.00 per hour. My total billings are $ 5,775.00.

5.    In addition, the filing fee was $ 350.00 and the fees for service of process were an additional $ 55.00.  These costs total $ 405.00.

6.    I certify that the attached detailed attorney fees and costs totaling $ 6,180.00 were necessary and reasonable.

7.    Notice of this Motion for Supplemental Judgment was given to Defendant by mailing a copy of the same to Scott David Brewer, Registered Agent for Brewer Concrete Construction, Inc., at 3432 S. Normal Avenue, Chicago, IL 60616.


Dated July 31, 2008



/s/ David P. Lichtman
David P. Lichtman


Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

2

7/28/2008                          WHITFIELD, McGANN & KETTERMAN
9:37 AM                                    Slip Listing                                    Page          1

---

Selection Criteria

---

Slip.Date                Earliest - 7/28/2008
Slip.Classification      Open
Case (hand select)       Include: CTF-C./N7657/24346

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 356678              TIME<br>4/24/2008<br>Billed       G:73386      5/1/2008<br>Review referral from Trust funds on<br>04/23/08; prepare file; review corporate<br>status and registered agent information for<br>legal process. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 356682              TIME<br>4/24/2008<br>Billed       G:73386      5/1/2008<br>Prepared summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N7657/24346 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 356756              TIME<br>4/24/2008<br>Billed       G:73386      5/1/2008<br>Search Illinois Secretary of State database<br>for corporate information including registered<br>agent of the corporation for purposes of<br>service; search for related companies;<br>perform asset search of company and<br>principals. | ~~DPW~~<br>Lexis<br>CTF-C./N7657/24346 | ~~0.40~~<br>0.00<br>0.00<br>0.00 | ~~130.00~~<br>A@1 | ~~52.00~~ |
| 357219              TIME<br>5/1/2008<br>Billed       G:73594      6/2/2008<br>Review complaint filed at the Federal Court;<br>enter pertinent information (e.g., filing date,<br>case number and assigned judge) into<br>database; review judge's standing order<br>regarding pre-trial litigation, motion practice<br>and status hearing dates; update file/databse<br>regarding same. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 357220              TIME<br>5/1/2008<br>Billed       G:73594      6/2/2008<br>Prepare correspondence to legal process<br>server Scott Forrest Stern & Associates, Inc. | DPL<br>Billable<br>CTF-C./N7657/24346 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| regarding service of the summons and complaint on the defendant; prepare coorrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | | | |
| 357241          TIME<br>5/1/2008<br>Billed          G:73594          6/2/2008<br>Reviewed correspondence from Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds regarding January and February contributions from signatory; print and load information into database; file documents. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 357442          EXP<br>5/1/2008<br>Billed          G:73594          6/2/2008<br>FILING FEE (4/28/08) | CPW<br>$DC<br>CTF-C./N7657/24346 | 1 | 350.00 | 350.00 |
| 357384          TIME<br>5/6/2008<br>Billed          G:73594          6/2/2008<br>Telephone conversation with Trust Fund Manager James T. Rosemeyer regarding owed liquidated damages and interest. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 357399          TIME<br>5/6/2008<br>Billed          G:73594          6/2/2008<br>Telephone conversation with Karen, administrative assistant, regarding March payments.  Follow up with agreement to immediately pay March contributions in lieu of liquidated damanages. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 357420          TIME<br>5/7/2008<br>Billed          G:73594          6/2/2008<br>Telephone conversation w/ Trust Fund Manager James T. Rosemeyer regarding payment options. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 357423          TIME<br>5/7/2008<br>Billed          G:73594          6/2/2008<br>Review file for all entries for the attorney billings and costs incurred; compare with | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

work performed on the file; advise signatory
of attorney fees and costs.

| | | | | |
|---|---|---|---|---|
| 357677 | TIME | DPL | 0.10 | 175.00 | 17.50 |
| 5/12/2008 | | Billable | 0.00 | T@7 | |
| Billed        G:73594        6/2/2008 | CTF-C./N7657/24346 | 0.00 | | |
| | | 0.00 | | |

Telephone conversation with Karen from
signatory's office regarding payment of past
amounts owed.  Will receive confirmation
from signatory's President on 13th.

| 357865 | TIME | DPL | 0.50 | 175.00 | 87.50 |
|---|---|---|---|---|
| 5/15/2008 | | Billable | 0.00 | T@7 | |
| Billed        G:73594        6/2/2008 | CTF-C./N7657/24346 | 0.00 | | |
| | | 0.00 | | |

Draft correspondence to Trust Fund
Manager James T. Rosemeyer and Earl E.
Oliver, Field Representative, Chicago
Regional Council of Carpenters of Trust
Funds regarding current status.

| 357863 | TIME | DPL | 0.20 | 175.00 | 35.00 |
|---|---|---|---|---|
| 5/15/2008 | | Billable | 0.00 | T@7 | |
| Billed        G:73594        6/2/2008 | CTF-C./N7657/24346 | 0.00 | | |
| | | 0.00 | | |

Telephone conversation with signatory;
supposedly unable to pay past Liquidated
damages, attorney fees/ and costs, and
March contributions; will report to Earl E.
Oliver, Field Representative, Chicago
Regional Council of Carpenters of Trust
Funds and Trust Fund Manager James T.
Rosemeyer.

| 358291 | TIME | DPL | 0.50 | 175.00 | 87.50 |
|---|---|---|---|---|
| 5/23/2008 | | Billable | 0.00 | T@7 | |
| Billed        G:73594        6/2/2008 | CTF-C./N7657/24346 | 0.00 | | |
| | | 0.00 | | |

Draft correspondence to James Rosemeyer,
ERISA Contributions Manager, Chicago
District Council of Carpenters' Trust Funds
and Rich Oginski, Trust Fund Field Rep.,
requesting a breakdown of all ERISA fringe
benefit contributions owed and the
accompanying calculation of liquidated
damages and interest pursuant to the terms
of the trust agreements and Internal
Revenue Code.

| 358293 | TIME | DPL | 0.20 | 175.00 | 35.00 |
|---|---|---|---|---|
| 5/23/2008 | | Billable | 0.00 | T@7 | |
| Billed        G:73594        6/2/2008 | CTF-C./N7657/24346 | 0.00 | | |
| | | 0.00 | | |

Telephone conversation with Legal process
server Scott Forrest Stern & Associates, Inc.
regarding service of process on signatory;

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| attempts have been made with no success;<br>will attempt to make service this weekend. | | | | |
| 358938            TIME<br>6/2/2008<br>Billed        G:73799        7/1/2008<br>Review e-mail sent by the U.S. Dist. Court<br>for the Northern Dist. of Illinois regarding the<br>proof of filing the summons returned as<br>executed; download documents to the<br>file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 358939            TIME<br>6/2/2008<br>Billed        G:73799        7/1/2008<br>Review Scott Forrest Stern & Associates,<br>Inc.'s report on service of the summons and<br>complaint; review process server remarks<br>regarding details of service; review affidavit<br>of service for legality; electronically file the<br>proof of service with the clerk of the U.S.<br>District Court for the Northern Dist. of Illinois;<br>docket follow-up dates for Answer due date. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 358940            TIME<br>6/2/2008<br>Billed        G:73799        7/1/2008<br>Prepare correspondence to Trust Fund<br>Manager James T. Rosemeyer and Earl E.<br>Oliver, Field Representative, Chicago<br>Regional Council of Carpenters of Trust<br>Funds regarding service of summons. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 359418            TIME<br>6/10/2008<br>Billed        G:73799        7/1/2008<br>Draft correspondence to James Rosemeyer,<br>ERISA Contributions Manager, Chicago<br>District Council of Carpenters' Trust Funds<br>requesting a breakdown of all ERISA fringe<br>benefit contributions owed and the<br>accompanying calculation of liquidated<br>damages and interest pursuant to the terms<br>of the trust agreements and Internal<br>Revenue Code. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 359419            TIME<br>6/10/2008<br>Billed        G:73799        7/1/2008<br>Telephone conversation with Trust Fund<br>Manager James T. Rosemeyer regarding<br>FCL liability. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |

| Slip ID | | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Case | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 359737 | TIME | DPL | 1.00 | 175.00 | 175.00 |
| 6/16/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73799      7/1/2008 | CTF-C./N7657/24346 | 0.00 | | |
| Prepare affidavit for Trust Fund Manager | | | 0.00 | | |
| James T. Rosemeyer in support of the Trust | | | | | |
| Funds' motion for default judgment; affidavit | | | | | |
| to support claim for ERISA fringe benefit | | | | | |
| contributions, and calculation of liquidated | | | | | |
| damages and interest pursuant to the terms | | | | | |
| of the trust agreements and Internal | | | | | |
| Revenue Code; prepare correspondence to | | | | | |
| Rosemeyer regarding the affidavit and | | | | | |
| request for execution. | | | | | |
| 359893 | TIME | DPL | 2.00 | 175.00 | 350.00 |
| 6/18/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73799      7/1/2008 | CTF-C./N7657/24346 | 0.00 | | |
| Review court file to determine if Answer filed; | | | 0.00 | | |
| review office file for Answer; confirm Answer | | | | | |
| due dates; review U.S. District Court web | | | | | |
| site to verify the date and time that the | | | | | |
| presiding Judge hears  motions; prepare | | | | | |
| motion for default judgment pursuant to F. | | | | | |
| Rul. Civ. P. 55 for failure to answer or | | | | | |
| otherwise plead. | | | | | |
| 359894 | TIME | DPL | 0.50 | 175.00 | 87.50 |
| 6/18/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73799      7/1/2008 | CTF-C./N7657/24346 | 0.00 | | |
| Prepare a proposed judgment in support of | | | 0.00 | | |
| the Trust Funds motion; calculate all | | | | | |
| amounts owed. | | | | | |
| 359895 | TIME | DPL | 1.00 | 175.00 | 175.00 |
| 6/18/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73799      7/1/2008 | CTF-C./N7657/24346 | 0.00 | | |
| Review file for all entries for the attorney | | | 0.00 | | |
| billings and costs incurred; compare with | | | | | |
| work performed on the file; prepare attorney | | | | | |
| fee declaration / affidavit and exhibits; | | | | | |
| incorporate amounts into themotion and | | | | | |
| judgment order; prepare the document for | | | | | |
| electronic filing. | | | | | |
| 360188 | TIME | DPL | 1.25 | 175.00 | 218.75 |
| 6/24/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73799      7/1/2008 | CTF-C./N7657/24346 | 0.00 | | |
| Review file in preparation for court | | | 0.00 | | |
| appearance on motion for default judgment; | | | | | |
| court appearance; judgment entered for | | | | | |
| requested amount. | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 360349              TIME<br>6/27/2008<br>Billed      G:73799      7/1/2008<br>Prepare correspondence to signatory with<br>notice of judgment and order to produce<br>reports and contributions by July 9, 2008. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 360338              TIME<br>6/27/2008<br>Billed      G:73799      7/1/2008<br>Review e-mail sent by the U.S. Dist. Court<br>for the Northern Dist. of Illinois regarding<br>MINUTE entry before the Honorable William<br>J. Hibbler: Motion hearing held Defendant<br>does not appear. Plaintiff's motion for default<br>judgment is granted. Enter Judgment Order<br>in favor of plaintiffs and against defendant in<br>the amount of $19,062. Defendant is further<br>ordered to produce reports and contributions<br>for the period of March 2008 through May<br>2008 by 7/9/08. All pending dates and<br>motions are terminated as moot; download<br>documents to the file folder; print document<br>and enclose in file. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 360339              TIME<br>6/27/2008<br>Billed      G:73799      7/1/2008<br>Draft correspondence to Trust Fund<br>Manager James T. Rosemeyer regarding<br>judgment entered against signatory in the<br>amount of 19,062 on June 24, 2008. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 360822              TIME<br>7/7/2008<br>WIP<br>Telephone conversation with Ron Rous, Vice<br>President of AmeriMark Bank regarding<br>funds held in signatory's accounts. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 360823              TIME<br>7/7/2008<br>WIP<br>Telephone conversation with Trust Fund<br>Manager James T. Rosemeyer and Rich<br>Oginski, Trust Fund Field Rep., regarding<br>release of funds and deliquent April and May<br>reports | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 360834              TIME<br>7/7/2008<br>WIP | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |

7/28/2008                          WHITFIELD, McGANN & KETTERMAN
9:37 AM                                    Slip Listing                                    Page        7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Telephone conversation with Tooley regarding settlement agreement and release of funds. | | 0.00 | | |
| 360835            TIME<br>7/7/2008<br>WIP<br>Confer with Daniel McAnally regarding case status. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 360842            TIME<br>7/7/2008<br>WIP<br>Telephone conversation with Trust Fund Manager James T. Rosemeyer regarding motion for turn over; Rosemeyer agrees to file motion for turn over in lieu of working out payment plan. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 360898            TIME<br>7/8/2008<br>WIP<br>Conference call with Daniel McAnally and Trust Fund Manager James T. Rosemeyer regarding Burling Builders offer to issue check in amount of $500.00 to satisfy part of Brewer's judgment; Brewer has been doing work for Burling;  will issue citations against Burling. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 360961            TIME<br>7/9/2008<br>WIP<br>Review file to determine whether signatory has complied with court order requiring March through May 2008 reports and payments by today's date, July 9, 2008; prepare correspondence to Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds and Trust Fund Manager James T. Rosemeyer requesting confirmation taht no reports/payments have come in. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 361006            TIME<br>7/9/2008<br>WIP<br>Citation to Discover Assets : Signatory Contractor / Judgment Debtor; review judgment order to determine the proper execution dates pursuant to the Fed. R. Civ. P.; perform LEXIS searches for proper | DPL<br>Billable<br>CTF-C./N7657/24346 | 2.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 437.50 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| service addressee; perform detailed LEXIS searches for corporate and officer assets and potential related companies; calculate dates for execution; prepare Citation Notice, Citation to Discover Assets, Certificate of Mailing; prepare letter to the signatory contractor regarding compliance with the citation; suggest citation hearing dates and response for confirmation for attendance; update/memo to file; docket hearing date. | | | | |
| 361007       TIME<br>7/9/2008<br>WIP<br>Bank Citation to Discovery Assets (Chicago Community Bank) : Research bank information to determine contact at the bank for purposes of serving the citation; Telephone conversation with the bank representative regarding the citation; prepare a Bank Citation to Discover Assets, Citation Notice and Certificate of Mailing; prepare letter to the citation respondent regarding compliance with the citation and obligations set forth in the citation; update/memo to file. | DPL<br>Billable<br>CTF-C./N7657/24346 | 2.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 437.50 |
| 361008       TIME<br>7/9/2008<br>WIP<br>LEXIS CHARGES / COMPUTER RESEARCH : Perform detailed searches to determine the corporate status of the judgment debtor and proper identification of individual to serve the citation to discover assets; detailed searches for UCC liens, IRS liens, corporate and personal assets; detailed searches for possible related companies and transfer of assets. | ~~CPW~~<br>Lexis<br>CTF-C./N7657/24346 | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~130.00~~<br>A@1 | ~~65.00~~ |
| 361009       TIME<br>7/9/2008<br>WIP<br>Prepare correspondence to legal process server. Scott Forrest Stern & Associates, Inc. regarding service of the citation to discover assets on defendant. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 361058       TIME<br>7/10/2008<br>WIP<br>Citation to Discovery Assets on Burling | DPL<br>Billable<br>CTF-C./N7657/24346 | 2.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 437.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Builders, Inc.: Research company information to determine contact at the company for purposes of serving the citation; prepare a Third Party Citation to Discover Assets, Citation Notice and Certificate of Mailing; prepare letter to the citation respondent regarding compliance with the citation and obligations set forth in the citation; update/memo to file. | | | | |
| 361135        EXP<br>7/11/2008<br>WIP<br>CERTIFIED MAIL | CPW<br>$CERT.<br>CTF-C./N7657/24346 | 1 | 5.49 | 5.49 |
| 361357        TIME<br>7/16/2008<br>WIP<br>Receive and review correspondence from Chicago Community Bank in response to citation against bank; bank is holding sum of $48,125.42 to be applied to the judgment; will proceed to file motion for turnover. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 361366        TIME<br>7/16/2008<br>WIP<br>Draft motion for turnover of funds on citation against third party bank; draft proposed turnover order; draft notice of motion; prepare documents for electronic filing with the U.S. District Court for the Northern District of Illinois; docket hearing date; print and enclose documents in file. | DPL<br>Billable<br>CTF-C./N7657/24346 | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 262.50 |
| 361567        TIME<br>7/22/2008<br>WIP<br>Review file and prepare to present motion for turnover; court appearance; turnover order entered. | DPL<br>Billable<br>CTF-C./N7657/24346 | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 262.50 |
| 361570        TIME<br>7/22/2008<br>WIP<br>Prepare correspondence to Trust Fund Manager James T. Rosemeyer regarding turnover order. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 361571        TIME<br>7/22/2008<br>WIP | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.75<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Draft Satisfaction/Release of Judgment;<br>prepare for electronic filing; print and enclose<br>copy in file. | | 0.00 | | |
| 361572          TIME<br>7/22/2008<br>WIP<br>Prepare correspondence to attorney<br>Wesolowski, Chicago Community Bank,<br>requesting turnover of funds; enclose<br>turnover order and release of judgment. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 361640          TIME<br>7/23/2008<br>WIP<br>Telephone conversation with Earl E. Oliver,<br>Field Representative, Chicago Regional<br>Council of Carpenters of Trust Funds<br>regarding April through June reports and<br>supplemental judgment order; confer w/<br>Daniel McAnally on same; request all<br>amounts owed from Oliver. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 361689          TIME<br>7/24/2008<br>WIP<br>Review e-mail sent by the U.S. Dist. Court<br>for the Northern Dist. of Illinois regarding<br>MINUTE entry before the Honorable William<br>J. Hibbler:Motion hearing held. Plaintiff's<br>motion for turnover order is granted. Enter<br>order of Turnover and Dismissal of Citation.<br>Chicago Community Bank is directed to<br>turnover to plaintiffs' $19,062.71.Mailed<br>notice; ; download documents to the file<br>folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 361785          TIME<br>7/24/2008<br>WIP<br>Telephone conversation with Earl E. Oliver,<br>Field Representative, Chicago Regional<br>Council of Carpenters of Trust Funds<br>regarding breakdown of amounts owed,<br>including past liquidated damages, interest<br>and dues. | DPL<br>Billable<br>CTF-C./N7657/24346 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 361764          TIME<br>7/25/2008<br>WIP<br>Prepared motion for supplemental judgment. | DPL<br>Billable<br>CTF-C./N7657/24346 | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 262.50 |

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 361782         TIME | DPL | 0.75 | 175.00 | 131.25 |
| 7/25/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7657/24346 | 0.00 | | |
| Review file for all entries for the attorney | | 0.00 | | |
| billings and costs incurred; compare with | | | | |
| work performed on the file; prepare attorney | | | | |
| fee declaration / affidavit and exhibits; | | | | |
| incorporate amounts into themotion and | | | | |
| judgment order; prepare the document for | | | | |
| electronic filing. | | | | |
| | | | | |
| 361784         TIME | DPL | 1.00 | 175.00 | 175.00 |
| 7/25/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7657/24346 | 0.00 | | |
| Prepare affidavit for Trust Fund Manager | | 0.00 | | |
| James T. Rosemeyer in support of the Trust | | | | |
| Funds' supplemental motion for judgment | | | | |
| order; affidavit to support claim for ERISA | | | | |
| fringe benefit contributions, and calculation | | | | |
| of liquidated damages and interest pursuant | | | | |
| to the terms of the trust agreements and | | | | |
| Internal Revenue Code; prepare | | | | |
| correspondence to Rosemeyer regarding the | | | | |
| affidavit and request for execution. | | | | |

| | | | |
|---|---|---|---|
| Grand Total | | | |
| | Billable | 33.90 | 6247.49 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 33.90 | 6247.49 |

*handwritten:*

33.00 @ 175.00 = 5,775.00

~~+0~~ costs = 405.00

Total — $6,180.00