## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2398 | **DATE** | 8/7/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHGO REG'L COUN., et al. Vs. BREWER CONCRETE CONSTRUCTION, INC. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant does not appear. Plaintiffs' Motion for supplemental judgment is granted. Enter Supplemental Judgment Order in favor of plaintiffs and against defendant in the amount of $49,519.05.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|