IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BREWER CONCRETE CONSTRUCTION, INC.<br><br>Defendant. | CASE NO. 08-CV-2398<br><br>JUDGE HIBBLER |

**SUPPLEMENTAL JUDGMENT ORDER**

The Plaintiffs filed their Complaint on April 28, 2008 and the Defendant was served with copies of Summons and Complaint; and

The Defendant failed to answer or otherwise plead; and

Default was entered against the Defendant in accordance with the prayer for relief in the Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, BREWER CONCRETE CONSTRUCTION, INC., for the sum of $ 49,519.05 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (04/2008 – 06/2008) | $ 39,288.01 |
| b) | Interest on ERISA Contributions | $ 227.14 |
| c) | Liquidated Damages (03/2008 – 06/2008) | $ 2,299.73 |
| d) | Union Dues (05/2008 – 06/2008) | $ 1,524.17 |

e) Attorney Fees and Costs $ 6,180.00

**TOTAL** $ 49,519.05

ENTERED:

_____
JUDGE WILLIAM J. HIBBLER
UNITED STATES DISTRICT JUDGE

DATED: 8/7/08