IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>        Judgment Creditor,<br><br>v.<br><br>BREWER CONCRETE CONSTRUCTION, INC.,<br>        Judgment Debtor,<br><br>CHICAGO COMMUNITY BANK,<br>        Citation Respondent. | CASE NO. 08-CV-2398<br><br>JUDGE HIBBLER |

## AGREED ORDER OF TURN OVER AND DISMISSAL OF CITATION

To:    Allen C. Wesolowski, Esq.
        161 North Clark Street, Suite 550
        Chicago, Illinois 60601

        The Judgment Creditors, by their attorney, David P. Lichtman, and the Judgment Debtor, BREWER CONCRETE CONSTRUCTION, INC., hereby agree that Chicago Community Bank turn over to the Judgment Creditors the sum of $49,519.05 held by Chicago Community Bank pursuant to a citation to discover assets previously served on Chicago Community Bank.

        Upon turn over of the funds, this Agreed Order will serve to terminate and release the citation proceeding as to Chicago Community Bank and further authorize Chicago Community Bank to lift the freeze on all accounts of BREWER CONCRETE CONSTRUCTION, INC.

By: /s/ David P. Lichtman
David P. Lichtman
Attorney for Judgment Creditor

Date: 9/8/08

By: /s/ Scott Brewer
Scott Brewer, President
Judgment Debtor

Date: 9/5/08